UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.T.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C.D.,<br><br>　　　　　Defendant. | Case No. 25-mc-209<br><br>ORDER ALLOWING FILING OF CIVIL CASE UNDER PSEUDONYM (INITIALS OF PARTIES) |

　　　Plaintiff, having moved to file a new civil case using pseudonyms in the form of the initials of the parties and for filing under seal, it is hereby ORDERED that the motion is GRANTED in part:

1. Pending further order of the assigned judge, the complaint in this case may be filed with the caption reflecting the pseudonymous names "L.T." for Plaintiff and "C.D." for Defendant; and the Clerk of Court shall enter the caption accordingly for purposes of initial filing and obtaining a civil case number;

2. Upon assignment of the civil case, Plaintiff may request further sealed treatment of filings from the assigned judge.

So ordered.
5/16/2025

_____
J. PAUL OETKEN
United States District Judge

Part I