UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

L.T.,

               Plaintiff,

      -v-

C.D.,

               Defendant.

25-MC-209 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Counsel for Plaintiff is directed to refile this action in compliance with the District's

Electronic Case Filing Rules and Instructions.  The proper filing procedure is set forth in ECF

Rule 6.14(b)(2).

The Clerk of Court is directed to refund Plaintiff's filing fee.

SO ORDERED.

Dated: January 15, 2026
      New York, New York

_____
           J. PAUL OETKEN
        United States District Judge